■ In the Matter of MOSES G., a Person Alleged to be a Juvenile Delinquent, Appellant. [677 NYS2d 762] —Order of disposi-

tion, Family Court, New York County (Gloria Sosa-Lintner, J.), entered on or about February 17, 1997, which, *inter alia*, placed appellant with the Division for Youth, limited secure, for a period of up to 18 months, unanimously affirmed, without costs.

The record establishes that the court's placement of respondent was the least restrictive alternative consistent with his needs (*Matter of Jason L.*, 246 AD2d 444), in view of the serious nature of appellant's unlawful conduct, his school-truancy problem, and the absence of parental control. Concur—Sullivan, J. P., Nardelli, Rubin, Tom and Mazzarelli, JJ.